E-FILED
Wednesday, 03 June, 2026  11:29:32 AM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

ALEXIS ROFF,
     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
     Defendant.

Case No. 1:26-cv-01089

### Order

Now before the Court is the parties' Joint Stipulation to Remand to the Commissioner (D. 7).[1] In their stipulation, the parties jointly request that the Court remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate as follows.

Upon receipt of the Court's Order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ). On remand, the ALJ will give further consideration to the medical source opinions and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c. (D. 7). The ALJ should take further action to complete the administrative record resolving the above issues and issue a new decision.

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

1

The Court finds the request for remand appropriate and so the Joint Stipulation to Remand (D. 7) is ALLOWED. Accordingly, any pending briefing schedule is vacated, and the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk's Office is hereby directed to enter judgment. The matter is now terminated.

*It is so ordered.*

Entered on June 3, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE