E-FILED
Tuesday, 14 July, 2026  12:56:30 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

ALEXIS ROFF,
     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
     Defendant.

Case No. 1:26-cv-01089

### Order

The Court has reviewed the parties' Joint Motion to Award Attorneys' Fees and Expenses, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (D. 10).[1] The Court GRANTS the Motion and awards the Plaintiff, Alexis Roff, $1,439.38 in attorneys fees in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The award fully and completely satisfies any and all claims for attorneys' fees and expenses that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct that the award be made payable to the Plaintiff's attorney, Konoski & Partners, PC, pursuant to the EAJA assignment duly signed by the Plaintiff. If payment is mailed as compared to electronically deposited, it shall be

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

mailed to counsel's provided address: Konoski & Partners, PC, 180 Tices Lane, Suite 204, Bldg. A, New Brunswick, NJ 08816.

*It is so ordered.*

Entered on July 14, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE